IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISAIAH HOOD-BEY,<br><br>　　　　　　　　Plaintiff,<br><br>　　vs.<br><br>CHAD M. BROWN, Judge; KEITH KOLLASCH, Attorney; JESSICA WALKER, OMAHA POLICE DEPARTMENT, DMV, BEAU FINLEY, Judge; MARCELA KEIM, DEREK R. VAUGHN, GRANT A. FORSBERG, THOMAS K. HARMON, STATE OF NEBRASKA, DOUGLAS COUNTY CORRECTIONS, LACEE GERUNICK, SADIE ABOOD, KAITLIN HAHN, HALL OF JUSTICE-DOUGLAS, OMAHA, NE, JADYN ANDERSON, DR. ALYSSA BISH, DHHS, PROJECT HARMONY, EMILY KIERSCHT, Teacher; MARIA RODEN, Principal; SUNNY SLOPE ELEMENTARY, OMAHA PUBLIC SCHOOLS, CHI IMANNUEL HEALTH, SCOTT, Officer; TANNER REISS, RAUN L. ELLEB, BENJAMIN WEIDNER, AUSTIN BECK, LUCIANO S. RIZZO, NOAH ZENDEJAS, and DOUGLAS E. JOHNSON,<br><br>　　　　　　　　Defendants. | 8:24CV474<br><br>**ORDER REGARDING DOCUMENTS MAILED TO THE COURT** |

　　　　The Court has received a substantial package of documents from Plaintiff Isaiah Hood-Bey by U.S. Mail postmarked January 24, 2025. A brief review of the documents has not discovered any cover letter or other document indicating the purpose of submitting the documents to the Court. Under the circumstances, the Court cannot determine whether the documents are in support of or opposition to any motion or other request for action by the Court. Accordingly,

1

IT IS ORDERED that on or before February 12, 2024, Plaintiff Isaiah Hood-Bey must file a notice of the purpose for which the package of documents postmarked January 24, 2025, has been submitted to the Court and also file a separate motion or opposition to which the documents are to be attached as an index of evidence. Failure to do so will result in return of the documents with no further action by the Court.

Dated this 29th day of January, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge