IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| ISAIAH HOOD-BEY,<br><br>    Plaintiff,<br><br> vs.<br><br>CHAD M. BROWN, Judge; KEITH KOLLASCH, Attorney; JESSICA WALKER, OMAHA POLICE DEPARTMENT, DMV, BEAU FINLEY, Judge; MARCELA KEIM, DEREK R. VAUGHN, GRANT A. FORSBERG, THOMAS K. HARMON, STATE OF NEBRASKA, DOUGLAS COUNTY CORRECTIONS, LACEE GERUNICK, SADIE ABOOD, KAITLIN HAHN, HALL OF JUSTICE-DOUGLAS, OMAHA, NE, JADYN ANDERSON, DR. ALYSSA BISH, DHHS, PROJECT HARMONY, EMILY KIERSCHT, Teacher; MARIA RODEN, Principal; SUNNY SLOPE ELEMENTARY, OMAHA PUBLIC SCHOOLS, CHI IMANNUEL HEALTH, SCOTT, Officer; TANNER REISS, RAUN L. ELLEB, BENJAMIN WEIDNER, AUSTIN BECK, LUCIANO S. RIZZO, NOAH ZENDEJAS, and DOUGLAS E. JOHNSON,<br><br>    Defendants. | 8:24CV474<br><br>**ORDER TO RETURN DOCUMENTS** |
| ISAIAH HOOD-BEY,<br><br>    Plaintiff,<br><br> vs.<br><br>DEPARTMENT OF MOTOR VEHICLES, DOUGLAS COUNTY COURT, STATE OF NEBRASKA, OFFICER NOAH ZENDEJAS (2513), LUCIANO S RIZZO (1930), LACEE K GERWECK, (Y656); AUSTIN BECK, (2443); and JESSICA WALKER, (2520),<br><br>Defendants. | 8:24CV255<br><br>**ORDER TO RETURN DOCUMENTS** |

1

Plaintiff Isaiah Hood-Bey sent a package of documents to another judge of this Court by Certified U.S. Mail, postmarked December 18, 2024, and identified internally as Isaiah Hood-Bey mail 1223 RMR.pdf. By Order dated February 3, 2025, the Court directed Plaintiff to file a notice indicating to the Court the case in which that package of documents has been submitted and for what purpose. Filing 26. On February 4, 2025, Plaintiff filed the Motion for Withdrawal of Documents Submitted Dated 12/18/24, Filing 32, now before the Court. In that Motion, Plaintiff states, "The contents of the package were submitted in good faith; however, due to a concussion sustained by Plaintiff as a result of the actions of the officers involved in this case, Plaintiff cannot fully recall the exact contents of the submission." Filing 32 at 1. Plaintiff then states, "Given the Plaintiff's current condition, it is respectfully requested that the Court allow for the return of the package dated 12/18/24 so that Plaintiff may review its contents and resubmit only those documents necessary for the proper adjudication of the case." Filing 32 at 1. Accordingly,

IT IS ORDERED that Plaintiff's Motion for Withdrawal of Documents Submitted Dated 12/18/24, Filing 32, is granted. The Clerk of Court is directed to return to Plaintiff the package of documents sent to the Court by Certified U.S. Mail, postmarked December 18, 2024, and identified internally as Isaiah Hood-Bey mail 1223 RMR.pdf.

Dated this 5th day of February, 2025.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge